UNITED STATES of America,
Plaintiff—Appellee,

v.

Sharon Jane DOSELA, a.k.a Sharon
Jane Patton; a.k.a Sharon Jane
Patten, Defendant—Appellant.

No. 05–10756.

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 13, 2006 *.

Filed Nov. 15, 2006.

Joseph Welty, Michael T. Morrissey, Esq., Ann Birmingham Scheel, Esq., U.S. Attorney's Office, Phoenix, AZ, for Plaintiff–Appellee.

Donald W. MacPherson, Esq., The MacPherson Group, PC, Glendale, AZ, for Defendant–Appellant.

Before: KLEINFELD and THOMAS, Circuit Judges, and LARSON **, District Judge.

MEMORANDUM ***

Sharon Jane Dosela appeals from her conviction, and the sentences imposed thereon, after jury trial of first degree murder, second degree murder, sexual abuse of a minor, assault with a dangerous weapon, and assault resulting in serious bodily injury.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** The Honorable Stephen G. Larson, United States District Judge for the Central District of California, sitting by designation.

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Dosela has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record. No pro se or answering brief has been filed. Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 82–83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

---

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.